# **EXHIBIT 2**

# Bella!

Introducing Botticelli™ Fine Porcelain.

Love at first sight.



SANT' ANDREA™

Oneida Foodservice, Oneida, NY 13421. 1-800-828-7033. www.oneida.com.



# Botticelli™

A dramatic steep rim embossed with hand-carved textures creates an impressive showcase for food presentations. Created by the award-winning European design team of Queensbury-Hunt, Botticelli appeals to both casual and fine dining settings.

- **Limited 3-year no-chip warranty**
- **Recommended for use in the healthcare industry**

      www.foodservice.oneida.com







**Bouillon**
R457 705 (2¼"/ 5.8 cm), 3 doz
9 oz / 26.6 cl



**Fruit/Condiments**
R457 710 (4⅛"/ 10.3 cm), 3 doz



**Bowl Cereal**
R457 760 (5½"/ 13.8 cm), 3 doz
15 oz / 44.4 cl



**Bowl (Deep)**
R457 797RC (9"/22.5 cm), 2 Doz
36 ½ oz / 107.9 cl



**Soup Rim (Deep)**
R457 740 (9¼"/ 23.3 cm), 3 doz



**Pasta Bowl**
R457 751 (10⅝" / 26.6 cm), 1 doz
R457 785 (11⅞"/ 29.8 cm), 1 doz



**Bowl Pasta (top hat)**
R457 795 (12" / 30 cm), 1 doz



**Plate (Deep)**
R457 154 (11" / 27.5 cm), 1 doz
R457 159 (11⁵⁄₁₆"/ 28.3 cm), 1 doz



**Plate (Square Rim)**
R457 136S (8½"/ 21.3 cm), 2 doz
R457 147S (9⅞"/ 24.7 cm), 1 doz



**Plate**
R457 118 (6⅜"/ 16 cm), 3 doz
R457 127 (7¼"/ 18.3 cm), 3 doz
R457 134 (8⅜"/ 21 cm), 3 doz
R457 139 (9"/ 22.5 cm), 2 doz
R457 149 (10¼"/ 25.8 cm), 1 doz
New | R457 152 (10⅝", 26.9 cm), 1 Doz
R457 155 (11"/ 27.5 cm), 1 doz
R457 162 (11⅞"/ 29.8 cm), 1 doz
R457 167 (12½"/ 31.3 cm), 1 doz



**Platter (Rectangle Rim)**
R457 359 (11⅜" x 7" / 29 cm), 1 doz
R457 384 (14½" x 10¾" / 36.8 cm), 1 doz



**Platter**
R457 367 (12½" x 9¼" / 31.8 cm), 1 doz
R457 383 (14½" x 10¾" / 36.8 cm), 1 doz



**A.D. Cup**
R457 525 (2"/ 5 cm), 3 doz
3½ oz / 10.4 cl



**Cup (Tall)**
R457 512 (3"/ 7.5 cm), 3 doz
9½ oz / 28.1 cl



**Cup (Stackable)**
R457 531 (2¾"/ 7 cm), 3 doz
9 oz / 26.6 cl



**Mug**
R457 572 (3¾"/ 9.5 cm), 3 doz
12 oz / 35.5 cl



**Saucer**
R457 500 (6"/ 15 cm), 3 doz
**A.D. Saucer**
R457 505 (4½"/ 11.3 cm), 3 doz



**Creamer**
R457 804 (2¾"/ 7 cm), 3 doz
6 oz / 17.7 cl
R457 808 (3¼"/ 8.3 cm), 3 doz
10 oz / 29.6 cl



**Sugar Packette**
R457 906 (3¾" x 2¾"), 3 doz





foodservicesales@oneida.com
Oneida, NY 13421-2829 • PH: 800-828-7033
All pattern names and designs are intellectual properties of Oneida Ltd.,
and its subsidiaries, affiliates and/or licensors.  © Oneida Ltd. 2012
06/12  H-2149

www.foodservice.oneida.com



# ONEIDA®
Designing the dining experience.™

163 Kenwood Avenue, Oneida, NY 13421 • 800.828.7033 • foodservice.oneida.com





# SANT' ANDREA

# Botticelli™

Fine Porcelain (0000)

A dramatic steep rim embossed with hand-carved textures creates an impressive showcase for food presentations. Created by the award-winning European design team of Queensbury-Hunt, Botticelli appeals to both casual and fine dining settings.

- Limited 3-year no-chip warranty
- Recommended for use in the healthcare industry





**Bouillon (Stackable)**
R457 705 (3¾"/ 9.5 cm), 3 doz
9 oz / 26.6 cl



**Fruit/Condiments**
R457 710 (4¹/₁₆"/ 10.2 cm), 3 doz



**Bowl Cereal**
R457 760 (5½"/ 14 cm), 3 doz
15 oz / 44.4 cl



**Bowl (Deep)**
R457 797 (8"/ 20.3 cm), 2 doz



**Bowl (Deep)**
R457 797RC (8"/ 20.3 cm), 2 doz



**Soup Rim (Deep)**
R457 740 (9¼"/ 23.5 cm), 3 doz



**Square Bowl**
R457 711S (5"/ 12.5 cm), 3 doz, 18½ oz / 54.7 cl
R457 715S (4½"/ 11.4 cm), 3 doz
R457 751S (9⅞"/ 24.7 cm), 1 doz



**Bowl Pasta/Entrée**
R457 751 (10⅝"/ 27 cm), 1 doz
R457 785 (11⅞"/ 30.1 cm), 1 doz
R457 791 (11"/ 27.5 cm), 1 doz



**Top Hat Bowl**
R457 795 (12"/ 30.5 cm), 1 doz



**Plates**
R457 118 (6¹/₁₆"/ 15.3 cm), 3 doz
R457 127 (7¼"/ 18.3 cm), 3 doz
R457 134 (8¹/₁₆"/ 20.4 cm), 3 doz
R457 139 (9"/ 22.5 cm), 2 doz
R457 149 (10¹/₁₆"/ 25.4 cm), 1 doz
R457 152 (10⅝"/ 27 cm), 1 doz
R457 155 (11"/ 27.5 cm), 1 doz
R457 162 (11⅞"/ 29.7 cm), 1 doz
R457 167 (12½"/ 31.7 cm), 1 doz



**Plate Coupe**
R457 151 (10½"/ 26.7 cm), 1 doz



**Plates (Deep)**
R457 154 (11"/ 28 cm), 1 doz
R457 159 (11⅜"/ 28.9 cm), 1 doz



**Plates (Square Rim)**
R457 136S (8½"/ 21.6 cm), 2 doz
R457 147S (9⅞"/ 25 cm), 1 doz
R457 115S (6¹/₁₆"/ 15.3 cm), 3 doz



**Platters (Rectangle Rim)**
R457 359 (11⅜" x 7" / 29 cm), 1 doz
R457 384 (14½" x 10¾" / 36.8 cm), 1 doz



**Platter (Rectangle)**
R457 371S (13½" x 10"/ 34.3 cm), 1 doz



**Trumpet Bowl**
R457 786 (11"/ 27.5 cm), 1 doz

All volumes stated are in ounces and are approximations. † Special Order



**Platter (Winged)**
R457 387 (15" x 10¾" / 38.1 cm), 6 ea



**Cup (Stackable)**
R457 531 (3¼"/ 8.2 cm), 3 doz
9 oz / 26.6 cl



**Platters**
R457 367 (12½" x 9¼" / 31.8 cm), 1 doz
R457 383 (14½" x 10¾" / 36.8 cm), 1 doz



**Mug**
R457 572 (3⅜"/ 8.5 cm), 3 doz
12 oz / 35.5 cl



**Plate Cover (Square)**
J0143030A (8½"/ 21.6 cm)
(Fits R457-136S)

**Plate Cover (Square)**
J0143030B (10"/ 25.1 cm)
(Fits R457-147S)



**Mug**
R457 563 (4⅞"/ 12.4 cm), 3 doz
13 oz / 38.4 cl



**Saucers**
R457 500 (6"/ 15.2 cm), 3 doz



**Plate Cover (Rectangle)**
J0093061A (11⅜" x 7"/ 28.7 x 17.8 cm)
(Fits R457-359)

**Platter Cover (Rectangle)**
J0093061B (14½" x 5"/ 36.8 x 12.7 cm)
(Fits R457-389)



**A.D. Saucer**
R457 505 (4¹⁄₁₆"/ 10.3 cm), 3 doz



**A.D. Cup**
R457 525 (2¾"/ 7 cm), 3 doz
3½ oz / 10.4 cl



**Creamers**
R457 804 (3"/ 7.6 cm), 3 doz
6 oz / 17.7 cl
R457 808 (3⅝"/ 9.2 cm), 3 doz
10 oz / 29.6 cl



**Cup (Tall)**
R457 512 (3¾"/ 9.5 cm), 3 doz
9½ oz / 28.1 cl



**Sugar Packet**
R457 906 (3¾" x 2¾"), 3 doz



## Botticelli™
## Fine Porcelain (0000)

A dramatic steep rim embossed with hand-carved textures creates an impressive showcase for food presentations. Created by the award-winning European design team of Queensbury-Hunt, Botticelli appeals to both casual and fine dining settings.

• **Limited 3-year no-chip warranty**
• **Recommended for use in the healthcare industry**



**Bouillon**
R457 705 (2¼"/ 5.8 cm), 3 doz
9 oz / 26.6 cl



**Fruit/Condiments**
R457 710 (4⅛"/ 10.3 cm), 3 doz



**Bowl Cereal**
R457 760 (5½"/ 13.8 cm), 3 doz
15 oz / 44.4 cl



**Bowl (Deep)**
R457 797 (8⅛"/ 20.3 cm), 2 doz

**Soup Rim (Deep)**
R457 740 (9¼"/ 23.3 cm), 3 doz



**Bowl Pasta**
R457 785 (11⅞"/ 29.8 cm), 1 doz



**Plate**
R457 118 (6⅜"/ 16 cm), 3 doz
R457 127 (7¼"/ 18.3 cm), 3 doz
R457 134 (8⅜"/ 21 cm), 3 doz
R457 139 (9"/ 22.5 cm), 2 doz
R457 149 (10¼"/ 25.8 cm), 1 doz
R457 155 (11"/ 27.5 cm), 1 doz
R457 162 (11⅞"/ 29.8 cm), 1 doz
R457 167 (12½"/ 31.3 cm), 1 doz



**Plate (Deep)**
R457 159 (11¹⁵⁄₁₆"/ 28.3 cm), 1 doz



**Plate (Square Rim)**
R457 136S (8½"/ 21.3 cm), 2 doz
R457 147S (9⅞"/ 24.7 cm), 1 doz



**Platter (Rectangle Rim)**
R457 359 (11⅜" x 7" / 29 cm), 1 doz
R457 384 (14½" x 10¾" / 36.8 cm), 1 doz



**Platter**
R457 367 (12½" x 9¼" / 31.8 cm), 1 doz
R457 383 (14½" x 10¾" / 36.8 cm), 1 doz



**A.D. Cup**
R457 525 (2"/ 5 cm), 3 doz
3½ oz / 10.4 cl



**Cup (Tall)**
R457 512 (3"/ 7.5 cm), 3 doz
9½ oz / 28.1 cl



**Cup (Stackable)**
R457 531 (2¾"/ 7 cm), 3 doz
9 oz / 26.6 cl



**Mug**
R457 572 (3¾"/ 9.5 cm), 3 doz
12 oz / 35.5 cl



**Saucer**
R457 500 (6"/ 15 cm), 3 doz
**A.D. Saucer**
R457 505 (4½"/ 11.3 cm), 3 doz



**Creamer**
R457 804 (2¾"/ 7 cm), 3 doz
6 oz / 17.7 cl

R457 808 (3¼"/ 8.3 cm), 3 doz
10 oz / 29.6 cl



**Sugar Packette**
R457 906 (3¾" x 2¾"), 3 doz



**Plate Cover (Square)**
J0143030A (8½"/ 21.6 cm)
(Fits R457-136S)
**Plate Cover (Square)**
J0143030B (10"/ 25.1 cm)
(Fits R457-147S)



**Plate Cover (Rectangle)**
J0093061A (11⅜" x 7"/ 28.7 x 17.8 cm)
(Fits R457-359)
**Platter Cover (Rectangle)**
J0093061B (14½" x 5"/ 36.8 x 12.7 cm)
(Fits R457-389)



All volumes stated are in ounces and are approximations.



Shown: Botticelli Dinnerware, Rossini Flatware, Daniela Crystal

*Fine Dining*
*SANT' ANDREA DINNERWARE*