# EXHIBIT 7

January 3, 2017

Corrie Byron
President Foodservice & International
Everyware Global
519 N. Pierce Avenue
Lancaster, OH 43130

Dear Corrie:

    Please accept this letter as notice that effective today I will be ending my contract with Everyware Global.  I have enjoyed my long tenure with the company and hope that you experience continued growth and success.  As per our agreement, I will remain with the company for 30 days through the end of business Friday, February 3, 2017 to assist in any transition of my responsibilities.

    I thank the company for all of the opportunity it has offered me over the last 25 years.  I can be reached on my cellular telephone at 516-445-2500. My personal email is lefkowitz45@gmail.com.

                                         Sincerely,


                                         Steven Lefkowitz
                                         Livmat Sales LLC