# EXHIBIT 10

December 30, 2106

Tony DeLosReyes
3 Yardley Dr.
Dix Hills, NY.11746

                                                Everyware Global
                                                Corrie Byron
                                                519 N. Pierce Avenue
                                                Lancaster, OH  43130

Dear Corrie,

Effective immediately, it is with regret that I submit my letter of resignation with The Oneida Group.  My last day of employment will be Friday January 13, 2016.

I have accepted a job with another company that suits my needs, and after careful consideration, I've realized that this opportunity is the right path for me and my family.

I want to give you my sincere thanks for all of the opportunities Onieda has given me over the 21 years with the company.

Sincerely,

Tony DeLosReyes