DATE: __4/14/17__

BEFORE: SPATT, U.S.D.J.                                         AT: __11:00 - 12:30__

## CIVIL CAUSE FOR PRELIMINARY INJUNCTION HEARING

DOCKET NUMBER: __CV-17-0957__

TITLE: __THE ONEIDA GROUP INC. v. STEELITE INTERNATIONAL U.S.A. INC, et al.__

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Christopher J. Gaspar, Esq. |
| | Ashlee Lin, Esq. |
| | Mark C. Scarsi, Esq. |
| For Defendants: Steelite, Lefkowitz & DeLosReyes: | John B. Ebken, Esq. |
| | Howard Shipley, Esq. |
| | Thomas Allen, Esq. |
| | Peter G. Siachos, Esq. |
| For Defendants Tableworks & Erwin, | David M. Rabinowitz, Esq. |
| | Shari A. Alexander, Esq. |

C/R: Paul Lombardi

FILED
CLERK
4:00 pm, Apr 14, 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

__X__ Case called.

__X__ Counsel for all parties present.

____ Counsel for_____ not present.

__X__ Peliminary Injunction Hearing held.

____ Preliminary Injunction granted.        ____ Preliminary Injunction denied.

__X__ Decision reserved.

____ Plaintiff/Defendant to settle order on notice.

__X__ Other: Each side shall file proposed findings of fact an conclusions of law and a memorandum of law shall by April 28, 2017