UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ONEIDA GROUP INC., | )<br>)<br>) Civil Action No. 2:17-cv-00957<br>) (ADS) (AKT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| -against- | |
| STEELITE INTERNATIONAL U.S.A. INC., TABLEWERKS, INC., RICHARD ERWIN, STEVEN LEFKOWITZ, and ANTHONY DELOSREYES, | |
| Defendants. | |

## POST-HEARINGS MEMORANDUM OF DEFENDANTS
## TABLEWERKS, INC. AND RICHARD ERWIN

MOSES & SINGER LLP
David Rabinowitz, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-mail: drabinowitz@mosessinger.com

*Attorneys for Defendants Richard Erwin and North Rock Trading Company, Inc., f/k/a Tablewerks, Inc.*

3638514 009309.0104

Defendants North Rock Trading Company, Inc., f/k/a Tablewerks, Inc. and Richard Erwin, by their attorneys, Moses & Singer LLP, join in the post-hearings Memorandum of Law and the Proposed Findings of Fact and Conclusions of Law submitted by Steelite International U.S.A. Inc.

Dated: New York, New York
April 28, 2017

                                          MOSES & SINGER LLP

By:   David Rabinowitz /s/
        David Rabinowitz, Esq.

The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-mail: drabinowitz@mosessinger.com

*Attorneys for Defendants Richard Erwin and North Rock Trading Company, Inc., f/k/a Tablewerks, Inc.*