HOWARD N. SHIPLEY
HSHIPLEY@GRSM.COM
DIRECT DIAL: (202) 372-9075

Admitted In: DC and VA



ATTORNEYS AT LAW
1300 I STREET, N.W. SUITE 825
WASHINGTON, DC 20005
WWW.GRSM.COM

June 28, 2017

**Via ECF**
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *The Oneida Group Inc. v. Steelite International U.S.A. Inc.*
                **Civil Action No. 2:17-cv-00957**

Dear Judge Tomlinson:

    This firm represents defendants Steelite International U.S.A. Inc., Steven Lefkowitz, and Anthony DeLosReyes in the above-referenced action. We write pursuant to your Order of June 16, 2017 and Rule III.A.1. of your Individual Practice Rules to submit a proposed briefing schedule to the Court for review and approval. The briefing schedule applies to our clients' Motion to Stay Discovery. Counsel for Tablewerks, Inc. and Richard Erwin has informed the other parties that Tablewerks and Mr. Erwin intend to join in the Motion to Stay Discovery and will not be filing a brief

    The parties have agreed on the following briefing schedule for the Motion to Stay Discovery:

> Notice of Motion and supporting Memorandum served on June 27, 2017;
> Plaintiff's Opposition Brief served no later than July 10, 2017; and
> Reply Brief (and all other motion papers) filed 7 days after the Opposition Brief is served.

    We appreciate the Court's time and attention to this matter.

                Respectfully Submitted,

                */s/Howard N. Shipley*

                HOWARD N. SHIPLEY

cc:    All Counsel of Record (via e-ECF)