# EXHIBIT 1

**From:** Gaspar, Christopher J.
**Sent:** Friday, March 31, 2017 3:15 PM
**To:** 'Allen, Thomas L.' <TAllen@ReedSmith.com>
**Cc:** John Ebken <jebken@gordonrees.com> (jebken@gordonrees.com) <jebken@gordonrees.com>; Howard Shipley (hshipley@gordonrees.com) <hshipley@gordonrees.com>
**Subject:** RE: Steelite Distribution - Draft Motion to Intervene papers

Tom,

Thank you for your email.  Please reflect in all appropriate places in your papers Oneida's position as stated below:

"Plaintiff The Oneida Group Inc. has been informed of this Motion to Intervene and does not oppose Steelite Distribution's intervention in the above-captioned litigation, although Plaintiff reserves all rights to oppose Steelite Distribution's claims in this case and to bring counterclaims against Steelite Distribution.  By not opposing this motion, Plaintiff does not agree to or admit any statement in Steelite Distribution's Memorandum of Law in support of this motion."

**From:** Allen, Thomas L. [mailto:TAllen@ReedSmith.com]
**Sent:** Friday, March 31, 2017 12:13 PM
**To:** Gaspar, Christopher J. <CGaspar@milbank.com>
**Cc:** John Ebken <jebken@gordonrees.com> (jebken@gordonrees.com) <jebken@gordonrees.com>; Howard Shipley (hshipley@gordonrees.com) <hshipley@gordonrees.com>
**Subject:** Steelite Distribution - Draft Motion to Intervene papers

Chris, as you discussed with John Ebken, attached are draft intervention papers to be filed on behalf of Steelite Distribution LLC.  (Gordon & Rees is still finalizing the Complaint in Intervention.)  Consistent with your conversation with us earlier this week, we state in these draft papers that Oneida does not oppose the intervention.  Please confirm that we can make that statement in the filed intervention papers.  Gordon & Rees intends to file the intervention papers today.  Regards, Tom Allen


**Thomas L. Allen**
tallen@reedsmith.com
+1 412-288-3066 (direct dial)

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
T:  +1 412 288 3131
F:  +1 412 288 3063
reedsmith.com

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.