HOWARD N. SHIPLEY
HSHIPLEY@GRSM.COM
DIRECT DIAL: (202) 372-9075

Admitted In: DC and VA



ATTORNEYS AT LAW
1300 I STREET, N.W. SUITE 825
WASHINGTON, DC 20005
WWW.GRSM.COM

July 11, 2017

**Via ECF**
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *The Oneida Group Inc. v. Steelite International U.S.A. Inc.*
                **Civil Action No. 2:17-cv-00957**

Dear Judge Tomlinson:

    In view of the July 11, 2017 letter to the Court from Oneida's counsel requesting a pre-trial conference, we are writing to inform the Court that the dismissal of the interlocutory appeal does not moot the pending Motion to Stay Discovery. Steelite International will be completing the briefing of the motion. Pursuant to the Court's approved briefing schedule, the motion papers will be filed on July 14, 2017.

                                Respectfully Submitted,

                                */s/Howard N. Shipley*

                                HOWARD N. SHIPLEY

cc:    All Counsel of Record (via e-ECF)