# EXHIBIT 1



December 13, 2016

Ms. Corrie Byron
**President, Food Service & International Business**
EveryWare Global, Inc.
519 N. Pierce Ave
Lancaster, OH 43130

Steelite International America
154 Keystone Drive
New Castle
Pennsylvania
16105

Telephone 800-367-3493
Fax 724-856-7924

Email usa@steeliteusa.com
www.steelite.com
www.facebook.com/steelite

    Re: Steelite International's acquisition of Tablewerks Inc. ("Tablewerks")

Dear Ms Byron:

  As a matter of courtesy, I write to inform you that Steelite International ("Steelite") acquired substantially all assets, intellectual property, and other rights of Tablewerks through a transaction that closed on December 12, 2016. Please be advised that, effective with this transaction and pursuant to an agreement with Royal Porcelain Public Co., Ltd. ("Royal Porcelain"), Steelite intends to self-distribute all product produced by Royal Porcelain under the Royal Porcelain back-stamp. While we are advised that there is no contractual relationship between EveryWare Global, Inc. and/or its affiliates (collectively "EveryWare"), on the one hand, and Tablewerks and/or Royal Porcelain on the other, in an effort to facilitate a seamless transition, Steelite is prepared to accommodate EveryWare as set forth below.

  First, Steelite will fulfill all of EveryWare's existing purchase orders for Royal Porcelain products while honoring current pricing terms. Second, Steelite will not object to EveryWare's continued sale of its current inventory. Third, moving forward, Steelite will respect any valid intellectual property owned by EveryWare, particularly the "Sant' Andrea" back-stamp and any other product names registered by Oneida. We, in turn, expect that EveryWare will fully respect the intellectual property (including patents, trademarks, trade dress and other copyrights) owned by Tablewerks and/or Royal Porcelain. Of course, Steelite, Tablewerks, and Royal Porcelain reserve all rights with respect to their intellectual property, and Steelite further reserves its right(s) to immediately discontinue all sales to EveryWare in the event EveryWare infringes upon said parties' intellectual property rights.

  We are open to any dialogue concerning the foregoing, and appreciate your attention to this matter. Thank you.

Best regards,

John D. Miles
President & CEO
**Steelite International**